# GOVERNMENT'S EXHIBIT LIST
*Extradition of Rasema Handanovic*
11-MC-09097-ST

| Exhibit No. | Description | Witness | Stipulated | Offered | Admitted | Ruling | Rejected |
|---|---|---|---|---|---|---|---|
| 1 | Embassy Website Sarajevo | | | | | | |
| 2 | 9/22/11 E-mail Anne-Marie Casella | | | | | | |
| 3 | Foreign Affairs Manual Excerpt (Attached to Exhibit #2, above) | | | | | | |
| 4 | McDonough Declaration and Attachments (Tabs 1-3) | | | | | | |
| 5 | Initial Extradition Request Certified 7/20/2010 (Tabs 4-5 with Attachments 1-16) | | | | | | |
| 6 | Supplemental Extradition Request 11/17/2010 (Tabs 6-8) | | | | | | |
| 7 | Supplemental Extradition Request 1/24/2011 (Tabs 9-13) | | | | | | |
| 8 | Supplemental Extradition Request 8/2/2011 (Tab 14) | | | | | | |
| 9 | Supplemental Extradition Request 9/6/2011 (Tab 15) | | | | | | |
| 10 | Dean Affidavit | | | | | | |
| 11 | Fingerprint Documents Handanovic | | | | | | |
| 12 | Immigration Documents Handanovic | | | | | | |
| | | | | | | | |
| | | | | | | | |

PAGE 1 - GOVERNMENT'S EXHIBIT LIST